UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| REYNALDO TORRES, ) | No. CV 06-5477 FFM |
| ) | |
| Plaintiff, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) of Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: August 24, 2009

          /S/ FREDERICK F. MUMM
          FREDERICK F. MUMM
          United States Magistrate Judge